# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wilfred Phillips, | Civil No. 11- 1576 (RHK/SER) |
| Plaintiff, | |
| vs. | **ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| UGL Services Unicco Operations Co., UGL Unicco Secuire Services, Inc., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 17), **IT IS ORDERED** that Count III of Plaintiff's Complaint (Failure to Pay Wages Promptly) is **DISMISSED WITH PREJUDICE** and without costs, disbursements, or fees to any party.

Dated:  October 28, 2011

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge